**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **13-cv-05626**
**JOSE ANDRES CAZARES, et al.,**

v.

**CITY OF CHICAGO, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print) <br> **Katherine C. Morrison** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Katherine C. Morrison** |
| FIRM <br> **Dykema Gossett PLLC** |
| STREET ADDRESS <br> **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP <br> **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **6309729** | TELEPHONE NUMBER <br> **(312) 876-1700** |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 1, 2016**, I caused the foregoing to be filed and served on all parties by the Court's CM/ECF electronic filing system.

s/ Katherine C. Morrison