# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Maria Valez, et al.

                    Plaintiff,

v.                                                  Case No.: 1:13–cv–05626
                                                    Honorable Virginia M. Kendall

Joseph Frugoli, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2018:

        MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion for order of Dismissal with prejudice pursuant to Stipulation [497] is granted. Case is dismissed with prejudice pursuant to Stipulation. The Court retains jurisdiction over the pending Sanction hearing regarding Discovery violations. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.