IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE ANDRES CAZARES, Special Administrator of the Estate of ANDREW CAZARES, Deceased | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:13-cv-05626 |
| v. | ) Honorable District Judge Kendall |
| JOSEPH FRUGOLI, JOHN R. MORAN, PRIMERO, INC., an Illinois Corporation, METROPOLITAN BANK LAND TRUST 1463, and CITY OF CHICAGO, municipal corporation | ) Honorable Magistrate Judge Martin |
| Defendants. | ) |
| FAUSTO T. MANZERA, as Special Administrator of the Estate of Fausto A. Manzera, deceased, and Maria Valez, as co-special administrator of the Estate of Fausto A. Manzera, deceased. | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:13-cv-05626 |
| v. | ) Honorable District Judge Kendall |
| JOSEPH FRUGOLI, JOHN R. MORAN, PRIMERO, INC., an Illinois Corporation, METROPOLITAN BANK LAND TRUST 1463, and CITY OF CHICAGO, municipal corporation | ) Honorable Magistrate Judge Martin |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court pursuant to the signed stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by respective counsel, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Stipulation to Dismiss herein and further orders as follows:

1. This Court on January 30, 2018 approved the settlement amount, Plaintiffs' attorneys' fees and costs, percentages of dependency for each Estate, and granted the authority for the Special Administrators of each Estate to execute settlement releases to effectuate settlement in this matter.

2. All of the claims of Plaintiff, Jose Andres Cazares, Special Administrator of the Estate of Andrew Cazares, deceased, against defendant, City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees and without leave to reinstate in accordance with the terms of the Release and Settlement Agreement.

3. All of the claims of Plaintiff, Fausto T. Manzera, Special Administrator of the Estate of Fausto A. Manzera, deceased, against defendant, City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees and without leave to reinstate in accordance with the terms of the Release and Settlement Agreement.

4. This Court retains jurisdiction for the purpose of the pending discovery issue, as discussed in Court on February 8, 2018.

ENTER: _____

The Honorable Virginia Kendall
United States District Court Judge

DATED: March 15, 2018

Prepared by:
Terrence M. Burns
Katherine C. Morrison
Reiter Burns LLP
311 South Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090