```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

JOSE ANDRES CAZARES, as              )   Docket No. 13 C 05626
Special Administrator of the         )
Estate of ANDREW CAZARES,            )
Deceased,                            )
                    Plaintiff,       )   Chicago, Illinois
                                     )   April 16, 2018
            v.                       )   8:57 a.m.
                                     )
JOSEPH FRUGOLI AND CITY OF           )
CHICAGO, A MUNICIPAL                 )
CORPORATION,                         )
                    Defendants.      )
-------------------------------------)
FAUSTO T. MANZERA, as                )
Special Administrator of the         )
Estate of FAUSTO A. MANZERA, et      )
al.,                                 )
                    Plaintiff,       )
                                     )
            v.                       )
                                     )
JOSEPH FRUGOLI AND CITY OF           )
CHICAGO, A MUNICIPAL                 )
CORPORATION,                         )
                    Defendants       )


             TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
              BEFORE THE HONORABLE VIRGINIA M. KENDALL


APPEARANCES:

For the Defendant         REITER BURNS LLP by
City of Chicago:          MR. TERRENCE BURNS
                          MS. KATHERINE CAROLE MORRISON
                          311 South Wacker Drive, Suite 5200
                          Chicago, IL  60606

Court Reporter:           GAYLE A. McGUIGAN, CSR, RMR, CRR
                          Federal Official Court Reporter
                          219 South Dearborn, Room 2318-A
                          Chicago, Illinois 60604
                          (312) 435-6047
                          Gayle_McGuigan@ilnd.uscourts.gov
```

```
 1              (Proceedings heard in open court:)
 2              THE CLERK:  13 C 5626, Manzera versus Frugoli.
 3              THE COURT:  Good morning.
 4              MS. MORRISON:  Good morning, your Honor.  Katherine
 5     Morrison for the city.
 6              THE COURT:  Good morning.
 7              MR. BURNS:  Good morning, your Honor.  Terrence Burns
 8     appearing on behalf of the city.
 9              THE COURT:  Okay.  Good morning.
10              Are you all settled in your new space?
11              MR. BURNS:  We are, your Honor.
12              THE COURT:  Good.
13              MR. BURNS:  Working out a little of the glitches here
14     and there, but generally -- it's now the fourth month.
15              THE COURT:  Oh, it's faster than -- I mean longer than
16     I thought.
17              Well, here's what I'm going to do.  I received your
18     filing last week.  I think that I have more questions in order
19     to make my decision.  And I want to go through your affidavit
20     and see who those people might be.  And I'm probably still
21     going to have a hearing and ask you to have people present to
22     testify regarding the process of finding these things, rather
23     than simply take this on the record -- on the paper that you've
24     given to me.  But I want to -- thank you -- I want to go
25     through your filing and make a decision as to who that might
```

```
1   be.  Okay?
2           So I'll issue an order, say, in about a week or so,
3   and then we'll get something on the record.  Okay?
4           MR. BURNS:  Do you want us to appear?  Should we have
5   a discussion after you have the opportunity to review --
6           THE COURT:  And what would -- about what --
7           MR. BURNS:  Like who it would be, et cetera --
8           THE COURT:  Oh, yes, exactly.
9           MR. BURNS:  -- so we'll be clear --
10          THE COURT:  So what I'm going to do is when I finish
11  reviewing this, I'll give you an order that says these are the
12  people that will need to appear, and then that might -- you
13  might have to tell me whether or not that person exists or
14  whatever.  It all has to do with how you searched and how you
15  found the documents.
16          MR. BURNS:  No, I appreciate that then, Judge.
17          THE COURT:  Okay.
18          MR. BURNS:  So we'll have a status then before
19  whatever date --
20          THE COURT:  I think so.
21          MR. BURNS:  Okay.
22          THE COURT:  And you'll get some direction in the
23  order.  Okay?
24          MR. BURNS:  Thank you, Judge.
25          THE COURT:  All right.  Thanks.
```

1          MS. MORRISON:  Thank you.

2          MR. BURNS:  Thank you.

3        (Proceedings concluded at 8:59 a.m.)

4                    C E R T I F I C A T E

5    I certify that the foregoing is a correct transcript of the

6    record of proceedings in the above-entitled matter.

7

8
    _/s/ GAYLE A. McGUIGAN_____           _April 18, 2018_
9    Gayle A. McGuigan, CSR, RMR, CRR              Date
    Official Court Reporter